# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1629
_____

United States of America

*Plaintiff - Appellee*

v.

Richard Darnell Robinson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: September 3, 2021
Filed: September 9, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Richard Robinson appeals the sentence the district court[1] imposed after he plead guilty to a firearm offense. His counsel has moved to withdraw and has filed

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not abuse its discretion in sentencing Robinson, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, or committed a clear error of judgment in weighing relevant factors, *see United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); and the sentence was within the United States Sentencing Guidelines Manual range, *see United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) ("A sentence which falls within the guideline range is presumed to be reasonable[.]"). Furthermore, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm and grant counsel's motion to withdraw.

_____